### UNITED STATES of America, Plaintiff—Appellee,

v.

### Roberto ROCHA–VALENZUELA, Defendant—Appellant.

No. 01–10654.

D.C. No. CR–01–00239–EHC.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 18, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Roberto Rocha–Valenzuela appeals his conviction, pursuant to a guilty plea, and sentence for distribution and possession with intent to distribute cocaine base in

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(iii).

Rocha–Valenzuela's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Rocha–Valenzuela did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues, we grant counsel's motion to withdraw, and affirm the conviction and sentence.

**AFFIRMED.**

---

courts of this circuit except as provided by *Ninth Circuit Rule 36–3.*

